# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK STRUYK JR., THE KANSAS CITY SERIES OF LOCKTON COMPANIES LLC, CYNTHIA CARLSON, DEBORAH RASMUSSEN, KATHLEEN FRIDHOLM, PATRICIA GALVIN, JANE DAMBROSIA, and MARLYS GORSETH, | ) ) ) ) ) ) ) ) ) | 8:11CV3151 |
| Plaintiffs, | ) ) | |
| V. | ) ) | ORDER |
| HOLMES, MURPHY & ASSOCIATES, INC., an Iowa corporation, | ) ) ) | |
| Defendant. | | |

Today, the parties' counsel participated in a telephonic status conference with the undersigned. During the conference, counsel requested that the court stay progression of this case so that they can attempt to settle the case through mediation. The request will be granted.

Additionally, in light of the United States District Court for the Southern District of Iowa's transfer of related case 8:11CV427 to this court, Holmes Murphy & Associates, Inc.'s Motion to Transfer Venue (filing 9) will be denied.

**IT IS ORDERED:**

1. Holmes Murphy & Associates, Inc.'s Motion to Transfer Venue (filing 9) is denied.

2. All matters in this case are stayed pending mediation.

3. By or before January 31, 2012, the parties shall submit a joint status report to the court stating whether the case has been settled.

4. The stay of this matter shall be without prejudice to raising issues of expedited discovery or requests for preliminary injunctions.

**DATED December 21, 2011.**

                                              **BY THE COURT:**

                                              **S/ F.A. Gossett**
                                              **United States Magistrate Judge**