IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK STRUYK JR., THE KANSAS CITY SERIES OF LOCKTON COMPANIES LLC, CYNTHIA CARLSON, DEBORAH RASMUSSEN, KATHLEEN FRIDHOLM, PATRICIA GALVIN, JANE DAMBROSIA, and MARLYS GORSETH, | ) ) ) ) ) ) ) ) ) | 8:11CV3151 |
| Plaintiffs, | ) ) | |
| V. | ) ) | ORDER |
| HOLMES, MURPHY & ASSOCIATES, INC., an Iowa corporation, | ) ) ) ) | |
| Defendant. | | |

Today, the undersigned held a telephone conference with counsel of record in this case, as well as the counsel of record in Case No. 8:11CV427. During the conference, it was requested that this case be consolidated with Case No. 8:11CV427 for purposes of case progression and discovery, at least for a period of time. Having considered the matter, that request will be granted.

Accordingly,

**IT IS ORDERED** that until further court order, this case is consolidated with Case No. 8:11CV427 for purposes of progression matters and discovery.

**DATED March 23, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**