# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK STRUYK JR., THE KANSAS CITY SERIES OF LOCKTON COMPANIES LLC, CYNTHIA CARLSON, DEBORAH RASMUSSEN, KATHLEEN FRIDHOLM, PATRICIA GALVIN, JANE DAMBROSIA, and MARLYS GORSETH, | ) ) ) ) ) ) ) ) ) | 8:11CV3151 |
| Plaintiffs, | ) ) | |
| V. | ) ) | ORDER |
| HOLMES, MURPHY & ASSOCIATES, INC., an Iowa corporation, | ) ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the motion of Gene R La Suer, Sharon K. Malheiro and Michael C. Richards of the law firm Davis, Brown, Koehn, Shors & Roberts, P.C. to withdraw as counsel for Defendant. The motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel for Defendant (filing 53) is granted.

2. The Clerk of Court shall terminate the appearance of Gene R La Suer, Sharon K. Malheiro and Michael C. Richards as counsel for Defendant and shall terminate future notices to these individuals in this matter.

**DATED May 2, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**