IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK STRUYK JR., THE KANSAS CITY SERIES OF LOCKTON COMPANIES LLC, CYNTHIA CARLSON, DEBORAH RASMUSSEN, KATHLEEN FRIDHOLM, PATRICIA GALVIN, JANE DAMBROSIA, and MARLYS GORSETH, | ) ) ) ) ) ) ) ) ) | 8:11CV3151 |
| Plaintiffs, | ) ) | |
| V. | ) ) | ORDER |
| HOLMES, MURPHY & ASSOCIATES, INC., an Iowa corporation, | ) ) ) ) | |
| Defendant. | | |

This matter is before the Court upon the stipulation of the parties (filing 68), requesting that the Court replace existing versions of documents previously filed in this case with redacted documents. The stipulation is approved.

Accordingly

**IT IS ORDERED:**

1. The Clerk of Court is directed to restrict access to filing nos. 1-1, 8-1, 18-7, 34-1, 36, 43, 60, 60-2 and 60-3 to court users and case participants.

2. The Clerk of Court is further directed to attach the corresponding redacted documents included with the parties' stipulation (filing 68) to the appropriate entry(ies).

**DATED August 8, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**