IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK STRUYK, JR., THE KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC, KATHLEEN FRIDHOLM, JANE DAMBROSIA, CYNTHIA CARLSON, DEBORAH RASMUSSEN, MARLYS GORSETH, and PATRICIA GALVIN,<br><br>    Plaintiffs,<br><br>v.<br><br>HOLMES, MURPHY & ASSOCIATES, INC., an Iowa corporation,<br><br>    Defendant.<br>------------------------------------------------------<br>HOLMES, MURPHY & ASSOCIATES, INC., an Iowa corporation, and HMA, INC., an Iowa corporation,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>JACK STRUYK, JR., THE KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC, KATHLEEN FRIDHOLM, JANE DAMBROSIA, CYNTHIA CARLSON, DEBORAH RASMUSSEN, MARLYS GORSETH, and PATRICIA GALVIN,<br><br>    Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 8:11-cv-3151<br><br><br><br><br><br>**ORDER<br>FOR DISMISSAL<br>WITH PREJUDICE** |

    This matter is before the Court on the Joint Stipulation for Dismissal (filing No. 71) filed jointly by the parties, providing for the dismissal of any and all claims and counterclaims set

forth therein with prejudice. The Court, having considered the filing, and being duly advised, finds that said stipulation should be approved.

IT IS ORDERED that Plaintiffs' Amended Complaint and any and all claims set forth therein and the Counterclaim-Plaintiffs' Counterclaims and any and all claims set forth therein are all dismissed with prejudice, with each party to pay its own costs and fees.

Date:  August 15, 2012

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge